LITTLE ROCK, Jan'y 1838.

ELLIS vs. BROWN and MANN.

---

### ELLIS *against* BROWN AND MANN.

#### ERROR *to* Lawrence Circuit Court.

A writ of error not directed to any particular Clerk cannot be amended.

The writ of error in this case was directed as follows: " State of Arkansas, etc. To the Clerk of the Circuit Court of —— *Greeting* :

TAYLOR, for the defendants in error, moved to dismiss the case " for irregularity, on the ground that there is no writ of error, and " that the paper filed as such is not directed to the Clerk of the Cir- " cuit Court of any county in this State."

FOWLER, *contra*, moved at the same time to amend the writ of error.

*Per Curiam:*

This is a motion to quash a writ of error because the name of the county to which it ought to have been directed, is not specified. A motion to amend the writ, was also made at the same time. We are of opinion that there is nothing to amend by. The motion to dismiss must be sustained.